and Collective action complaint

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 16-3845
7/11/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Kane

was received by me on *(date)* 7/22/16

☒ personally served the summons on the individual at *(place)* 1120 3rd Street, West Babylon, NY 11704
Desc: White Male, Bald head, 40-45yrs., 5'7-5'8, 150 lbs. Glasses   on *(date)* July 26, 2016   xxxxx at 8:16 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Based upon my conversation with   Robert Kane   deponent failed
to develop any information that the defendant was in the military or dependent upo[n]
anyone in the military.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 1, 2016

Server's signature

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2018

Ralph M. Clark
*Printed name and title*

Wantagh, NY

*Server's address*

Additional information regarding attempted service, etc: