Dalton #116-1031

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2) and Collective action complaint

Civil Action No. CV 16-3845
7/11/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Francis Painting, Inc.
was received by me on *(date)* 7/22/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

Desc: White Male, Bald head, 40-45 yrs., 5'7-5'8, 150 lbs Glasses

☒ I served the summons on *(name of individual)* Robert Kane -Managing Agent/Owner, Auth. to Accept _____ , who is designated by law to accept service of process on behalf of *(name of organization)* Robert Francis Painting, Inc.
at: 1120 3rd Street, West Babylon, NY 11704 on *(date)* July 26, 2016 xxxxx at 8:16 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 1, 2016           *Ralph M. Clark*
                               Server's signature

                               Ralph M. Clark
                               Printed name and title

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2018   Wantagh, NY

*Lynn M. Tranquellino*
                               Server's address

Additional information regarding attempted service, etc: